IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL F. BOHMAN,
MICHELLE L. BOHMAN and
DAVID-WYNN MILLER,            JUDGMENT IN A CIVIL CASE

    Plaintiffs,                                   12-cv-814-bbc

v.

TAYLOR, BEAN & WITAKER MORTGAGE
CORPORATION,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for lack of subject matter jurisdiction.

_____      12/11/12
Peter Oppeneer, Clerk of Court        Date